UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHADWICK MCQUEEN, AN INDIVIDUAL; AND THE TERRY MCQUEEN TESTAMENTARY TRUST,<br><br>PLAINTIFF,<br><br>V.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFED ON SCHEDULE A,<br><br>DEFENDANTS. | CASE NO.: 1:20-CV-07226<br><br>JUDGE MANISH S. SHAH |

**DEFAULT JUDGMENT ORDER**

This action, having been commenced by Chadwick McQueen, an individual; and The Terry McQueen Testamentary Trust ("SMQ" or "Plaintiff") against the Defendants identified in the attached Schedule A to the Complaint, and using the online marketplace accounts (also referred to as the "Defendant Internet Stores" or "Seller Aliases"), and SMQ, having moved for entry of Default and Default Judgment against the Defendants identified in Schedule A to the Complaint, attached hereto, with the exception of certain Defendants[1] (collectively, the "Defaulting Defendants");

This Court, having entered upon a showing by SMQ, a Temporary Restraining Order and Preliminary Injunction against Defaulting Defendants;

SMQ, having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated

---

[1] SMQ's Motion for Entry of Default and Default Judgment does not apply to the following Defendants: jianyanming495 and Lmin.

1

under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and,

None of the Defaulting Defendants having answered the Complaint or appeared in any way, and the time for answering the Complaint having expired so that the allegations of the Complaint are uncontroverted and are deemed admitted;

THIS COURT HEREBY FINDS that it has personal jurisdiction over the Defaulting Defendants, since the Defaulting Defendants directly target their business activities toward consumers in Illinois. Plaintiff presented screenshot evidence that each Defaulting Defendant Internet Store is reaching out to do business with Illinois residents, by operating one or more commercial, interactive Internet Stores, through which Illinois residents can and do purchase products using counterfeit versions of Plaintiff's Trademarks, U.S. Trademark Registration Nos. 3,904,615; 4,142,859; 3,951,099; 3,934,709; 3,948,067; and 3,864,765 (the "Counterfeit/Infringing Products").

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, *et seq.*).

IT IS HEREBY ORDERED that Chadwick McQueen, an individual; and The Terry McQueen Testamentary Trust's Motion for Entry of Default and Default Judgment is GRANTED, that Defaulting Defendants are deemed in default, and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, and all persons acting in active concert with them be permanently enjoined and restrained from:

    a. using the Steve McQueen Trademarks, or any reproductions, counterfeit copies, or colorable imitations thereof, in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine SMQ Product or not authorized by SMQ to be sold in connection with the Steve McQueen Trademarks;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine SMQ Product or any other product produced by SMQ, that is not SMQ's or not produced under the authorization, control or supervision of SMQ and approved by SMQ, for sale under the Steve McQueen Trademarks;

    c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of SMQ, or are sponsored by, approved by, or otherwise connected with SMQ;

    d. shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for SMQ, nor authorized by SMQ to be sold or offered for sale, and which bear any of the Steve McQueen Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof;

    e. using, linking to, transferring, selling, exercising control over, or otherwise owning the online marketplace accounts, or any other domain name or online marketplace account that is being used to sell Counterfeit/Infringing Products; and,

    f. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Steve McQueen

   Trademarks, or any reproductions, counterfeit copies, or colorable imitations thereof, that is not a genuine SMQ Product, or not authorized by SMQ to be sold in connection with the Steve McQueen Trademarks.

2. Those in privity with Defaulting Defendants, and with actual notice of this Order, including any online marketplaces such as ContextLogic, Inc. ("Wish"), eBay, Inc. ("eBay"), Amazon Payments, Inc. ("Amazon"), Etsy Inc. ("Etsy"), Alipay US, Inc. ("Alipay"), iOffer and Alibaba Group Holding Ltd., Alipay.com Co., Ltd., and any related Alibaba entities (collectively, "Alibaba"), social media platforms, Facebook, YouTube, LinkedIn, Twitter, Internet search engines such as Google, Bing and Yahoo, shall within seven calendar days of receipt of this Order:

   a. disable and cease providing services for any accounts through which Defaulting Defendants engage in the sale of counterfeit and infringing goods using the Steve McQueen Trademarks, including any accounts associated with the Defaulting Defendants listed on Schedule A, attached hereto; and

   b. disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the Steve McQueen Trademarks.

3. Pursuant to 15 U.S.C. § 1117(c)(2), SMQ is awarded statutory damages from each of the Defaulting Defendants in the amount of fifty thousand dollars ($50,000) for willful use of counterfeit Steve McQueen Trademarks on products sold through at least the Defendant Internet Stores. This award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and Schedule A.

4. PayPal, Wish, eBay, Amazon, Etsy, Alipay, and any other online marketplace or payment processor in privity with Defendants, shall, within seven calendar days of receipt of this

        Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' online marketplace accounts, or Defaulting Defendants' websites, identified on Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets, up to the $50,000 of statutory damages awarded above.

5. All monies currently restrained in Defaulting Defendants' financial accounts, up to the $50,000 in statutory damages awarded above, including monies held by eBay, PayPal, Wish, Amazon, Etsy, Alipay, and any other payment processor, are hereby released to SMQ as partial payment of the above-identified damages, and eBay, PayPal, Wish, Amazon, Etsy, and Alipay are ordered to release to SMQ the amounts from Defaulting Defendants' eBay, PayPal, Wish, Amazon, Etsy, and Alipay accounts, up to the $50,000 in statutory damages awarded above, within seven calendar days of receipt of this Order.

6. Until SMQ has recovered full payment of monies owed to it by any Defaulting Defendant, SMQ shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

7. In the event that SMQ identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, SMQ may send notice of any supplemental proceeding to Defaulting Defendants, including a citation to discover assets, by e-mail at the e-mail addresses originally identified and served, and any e-mail addresses provided for Defaulting Defendants by third parties.

This is a Default Judgment.

ENTER:

                                                         Manish S. Shah
                                                         United States District Judge

Date: April 12, 2021

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHADWICK MCQUEEN, AN INDIVIDUAL; AND THE TERRY MCQUEEN TESTAMENTARY TRUST, <br><br> PLAINTIFF, <br><br> V. <br><br> 123BILILI STORE, ET AL., <br><br> DEFENDANTS. | CASE NO.: 1:20-CV-07226 <br><br> JUDGE MANISH S. SHAH |

## SCHEDULE A TO COMPLAINT

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 1 | 123bilili Store | https://www.aliexpress.com/store/4989267 |
| 2 | 123bolo Store | https://www.aliexpress.com/store/4992386 |
| 3 | 123ohoh Store | https://www.aliexpress.com/store/5044019 |
| 4 | A12Alisa Store | https://www.aliexpress.com/store/5043151 |
| 5 | Aimee 66 Store | https://www.aliexpress.com/store/3553009 |
| 6 | bao li Store | https://www.aliexpress.com/store/5019136 |
| 7 | BestCotton Store | https://www.aliexpress.com/store/4990059 |
| 8 | Brand88 Store | https://www.aliexpress.com/store/3514025 |
| 9 | Casualtshirts Store | https://www.aliexpress.com/store/4505108 |
| 10 | CoolDay Store | https://www.aliexpress.com/store/5059009 |
| 11 | CrazyTee Store | https://www.aliexpress.com/store/3620012 |
| 12 | cuper happy1 Store | https://www.aliexpress.com/store/4417013 |
| 13 | de li Store | https://www.aliexpress.com/store/5062036 |
| 14 | Dear10 Store | https://www.aliexpress.com/store/5083147 |
| 15 | Dear11 Store | https://www.aliexpress.com/store/5007359 |
| 16 | Dear13 Store | https://www.aliexpress.com/store/5053321 |
| 17 | Dear8 Store | https://www.aliexpress.com/store/5045385 |
| 18 | Designtshirts Store | https://www.aliexpress.com/store/4422132 |
| 19 | dream shirts Store | https://www.aliexpress.com/store/3217097 |
| 20 | EZ Life Store | https://www.aliexpress.com/store/2885039 |
| 21 | Funny Caps Store | https://www.aliexpress.com/store/4566049 |
| 22 | Funny Colors Store | https://www.aliexpress.com/store/5046023 |
| 23 | Funny TSHIRT 2019 Store | https://www.aliexpress.com/store/4661102 |
| 24 | gai nian Store | https://www.aliexpress.com/store/5022107 |
| 25 | gengmu Store | https://www.aliexpress.com/store/4416184 |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 26 | gon niu Store | https://www.aliexpress.com/store/5062335 |
| 27 | haha016 Store | https://www.aliexpress.com/store/5063280 |
| 28 | Handcraft Shop Store | https://www.aliexpress.com/store/5009114 |
| 29 | HEAVY METAL Store | https://www.aliexpress.com/store/4872172 |
| 30 | heidi Store | https://www.aliexpress.com/store/4987214 |
| 31 | IdesignU Store | https://www.aliexpress.com/store/2984024 |
| 32 | incomparable tees Store | https://www.aliexpress.com/store/3742021 |
| 33 | Infinite Menswear 001 Store | https://www.aliexpress.com/store/5051079 |
| 34 | Infinite Menswear 002 Store | https://www.aliexpress.com/store/5053153 |
| 35 | kaikai666 Store | https://www.aliexpress.com/store/4996325 |
| 36 | DISMISSED | |
| 37 | la fei Store | https://www.aliexpress.com/store/5072165 |
| 38 | lianheguo Store | https://www.aliexpress.com/store/4997307 |
| 39 | Lisa Art Store | https://www.aliexpress.com/store/3179009 |
| 40 | LOVE520 Store | https://www.aliexpress.com/store/5005109 |
| 41 | maozipu Store | https://www.aliexpress.com/store/4985040 |
| 42 | memories stan shirt Store | https://www.aliexpress.com/store/4994214 |
| 43 | MiCanvas Painting Store | https://www.aliexpress.com/store/5050047 |
| 44 | muxiaoge Store | https://www.aliexpress.com/store/4405053 |
| 45 | oudali Store | https://www.aliexpress.com/store/4965030 |
| 46 | pa pa fu1 Store | https://www.aliexpress.com/store/4569065 |
| 47 | Personalitycustomizedtshirt Store | https://www.aliexpress.com/store/4595035 |
| 48 | Personalitytshirts Store | https://www.aliexpress.com/store/4573034 |
| 49 | Phiking Tees Store | https://www.aliexpress.com/store/4574047 |
| 50 | postees Store | https://www.aliexpress.com/store/4426058 |
| 51 | Zhang Qi Store | https://www.aliexpress.com/store/4416053 |
| 52 | Print Personality Caps Store | https://www.aliexpress.com/store/4564068 |
| 53 | PrintWear Store | https://www.aliexpress.com/store/2610006 |
| 54 | Puytee Store | https://www.aliexpress.com/store/4991345 |
| 55 | qimingxing Store | https://www.aliexpress.com/store/4406175 |
| 56 | qingquan Store | https://www.aliexpress.com/store/4412181 |
| 57 | shen ma Store | https://www.aliexpress.com/store/5050301 |
| 58 | Shop3671081 Store | https://www.aliexpress.com/store/3671081 |
| 59 | Shop3862080 Store | https://www.aliexpress.com/store/3862080 |
| 60 | Shop4668057 Store | https://www.aliexpress.com/store/4668057 |
| 61 | Shop4800183 Store | https://www.aliexpress.com/store/4800183 |
| 62 | Shop4836236 Store | https://www.aliexpress.com/store/4836236 |
| 63 | Shop4933042 Store | https://www.aliexpress.com/store/4933042 |
| 64 | Shop5058390 Store | https://www.aliexpress.com/store/5058390 |
| 65 | Shop5063232 Store | https://www.aliexpress.com/store/5063232 |
| 66 | Shop5379066 Store | https://www.aliexpress.com/store/5379066 |
| 67 | Shop5592070 Store | https://www.aliexpress.com/store/5592070 |
| 68 | Shuang Store | https://www.aliexpress.com/store/4435006 |
| 69 | sillyboytshirts Store | https://www.aliexpress.com/store/4646125 |

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 70 | Skull-Design Store | https://www.aliexpress.com/store/3694002 |
| 71 | Song Store | https://www.aliexpress.com/store/4990341 |
| 72 | Stefanie2019 Store | https://www.aliexpress.com/store/4638105 |
| 73 | TeesDesgin Store | https://www.aliexpress.com/store/3570033 |
| 74 | TF shirt Store | https://www.aliexpress.com/store/5002188 |
| 75 | The Customized Painting Store | https://www.aliexpress.com/store/1818699 |
| 76 | Toy factory Store | https://www.aliexpress.com/store/2335116 |
| 77 | Treasured Tee Graphic Store | https://www.aliexpress.com/store/4993513 |
| 78 | Tshirt Link Store | https://www.aliexpress.com/store/3654066 |
| 79 | Tshirt Man Store | https://www.aliexpress.com/store/4261013 |
| 80 | Tshirt Spring Store | https://www.aliexpress.com/store/3218142 |
| 81 | WEBBEDEPP Official Store | https://www.aliexpress.com/store/2958236 |
| 82 | zhoulilli Store | https://www.aliexpress.com/store/4417047 |
| 83 | xing ye Store | https://www.aliexpress.com/store/5041220 |
| 84 | Yoolife Official Store | https://www.aliexpress.com/store/4397014 |
| 85 | YOU ANDMESTORE | https://www.aliexpress.com/store/937375 |
| 86 | YOYOYU ART HOME DECOR Cozy House Store | https://www.aliexpress.com/store/806037 |
| 87 | ZF shirt Store | https://www.aliexpress.com/store/4935073 |
| 88 | zhan jian Store | https://www.aliexpress.com/store/5053329 |
| 89 | ztc2cshop | https://www.ebay.com/usr/ztc2cshop |
| 90 | zhuangstrade | https://www.ebay.com/usr/zhuangstrade |
| 91 | DISMISSED | |
| 92 | 866r_nn | https://www.ebay.com/usr/866r_nn |
| 93 | abdusyaifu_0 | https://www.ebay.com/usr/abdusyaifu_0 |
| 94 | arjunwisen_0 | https://www.ebay.com/usr/arjuwisen_0 |
| 95 | babyface*goodjob | https://www.ebay.com/usr/babyface*goodjob |
| 96 | DISMISSED | |
| 97 | yuru73 | https://www.ebay.com/usr/yuru73 |
| 98 | danweie_88 | https://www.ebay.com/usr/danweie_88 |
| 99 | daries.store | https://www.ebay.com/usr/daries.store |
| 100 | DISMISSED | |
| 101 | dhey_wang | https://www.ebay.com/usr/dhey_wang |
| 102 | doaku2015 | https://www.ebay.com/usr/doaku2015 |
| 103 | dodolankulaku | https://www.ebay.com/usr/dodolankulaku |
| 104 | ec-leather | https://www.ebay.com/usr/ec-leather |
| 105 | emaldi-0 | https://www.ebay.com/usr/emaldi-0 |
| 106 | emisaputr0 | https://www.ebay.com/usr/emisaputr0 |
| 107 | DISMISSED | |
| 108 | ferbudiart_0 | https://www.ebay.com/usr/ferbudiart_0 |
| 109 | hellogg | https://www.ebay.com/usr/hellogg |
| 110 | honest-member | https://www.ebay.com/usr/honest-member |
| 111 | idrua-bgyl7j | https://www.ebay.com/usr/idrua-bgyl7j |
| 112 | insanmulia | https://www.ebay.com/usr/insanmulia |
| 113 | irmhuta0 | https://www.ebay.com/usr/irmhuta0 |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 114 | istorydi | https://www.ebay.com/usr/istorydi |
| 115 | jiucitrading | https://www.ebay.com/usr/jiucitrading |
| 116 | juwitsar-4 | https://www.ebay.com/usr/juwitsar-4 |
| 117 | kenzart | https://www.ebay.com/usr/kenzart |
| 118 | mapka666 | https://www.ebay.com/usr/mapka666 |
| 119 | mejabaja | https://www.ebay.com/usr/mejabaja |
| 120 | nanindrahay-0 | https://www.ebay.com/usr/nanindrahay-0 |
| 121 | newstartart | https://www.ebay.com/usr/newstartart |
| 122 | olivechristophe-0 | https://www.ebay.com/usr/olivechristophe-0 |
| 123 | oncanvasart-4 | https://www.ebay.com/usr/oncanvasart-4 |
| 124 | qflyba | https://www.ebay.com/usr/qflyba |
| 125 | rachm_firda | https://www.ebay.com/usr/rachm_firda |
| 126 | rumis-82 | https://www.ebay.com/usr/rumis-82 |
| 127 | DISMISSED | |
| 128 | suladi-27 | https://www.ebay.com/usr/suladi-27 |
| 129 | superbarkah | https://www.ebay.com/usr/superbarkah |
| 130 | taoo-008 | https://www.ebay.com/usr/taoo-008 |
| 131 | tharinika | https://www.ebay.com/usr/tharinika |
| 132 | thedigitalmarlin | https://www.ebay.com/usr/thedigitalmarlin |
| 133 | trionoes70 | https://www.ebay.com/usr/trionoes70 |
| 134 | zeblu_0 | https://www.ebay.com/usr/zeblu_0 |
| 135 | wangzhi_hao8 | https://www.ebay.com/usr/wangzhi_hao8 |
| 136 | weijiatrade2018 | https://www.ebay.com/usr/weijiatrade2018 |
| 137 | weijiatrade2020 | https://www.ebay.com/usr/weijiatrade2020 |
| 138 | weijiatrades | https://www.ebay.com/usr/weijiatrades |
| 139 | yigutrade | https://www.ebay.com/usr/yigutrade |
| 140 | zarn | www.wish.com//merchant/5964aab70e2d89257fe2edd9 |
| 141 | zhijie dh | www.wish.com//merchant/5ad0a1659bda4e7d7b91d0cc |
| 142 | zhouyi fashion | www.wish.com//merchant/540d29dbc5c246306419e597 |
| 143 | zhupei fashion | www.wish.com//merchant/5412dd574ad3ab15830f85c9 |
| 144 | artprintoncanvas | www.wish.com//merchant/58cf84129225295054b21943 |
| 145 | dailing fashion | www.wish.com//merchant/542001807541ce4596e7d2d6 |
| 146 | DW__MC | www.wish.com//merchant/5729a9f246cab35915b796c8 |
| 147 | Exdward Hluggins house | www.wish.com//merchant/5b1331ad7e43f2449c5ec6e2 |
| 148 | gubo fashion | www.wish.com//merchant/540ecd207a9eb4609c0d08c6 |
| 149 | GuiLin MingDu shop | www.wish.com//merchant/540532387f086e103b7112aa |
| 150 | jiudonglingge | www.wish.com//merchant/5d5121231527543640aee826 |
| 151 | EXCEPTION | |
| 152 | luping1120 | www.wish.com//merchant/5ae1964eea87641eee45c45d |
| 153 | NUANNUANGEWEI | www.wish.com//merchant/58706f8bec1a970208a10ef3 |
| 154 | qingxiu fashion | www.wish.com//merchant/540ed1f17f086e0d3798b65f |
| 155 | qinyue | www.wish.com//merchant/5934c5e6abea9117fe551869 |
| 156 | qiushu | www.wish.com//merchant/5965c28ae209f70c4978deb2 |
| 157 | shenFactory Store | www.wish.com//merchant/54052e6f7f086e10417110fb |

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 158 | sheng fashion | www.wish.com//merchant/540942f41d2d434187fcf627 |
| 159 | Teemozily | www.wish.com//merchant/59f41d31dd03296be38d53c4 |
| 160 | tinger fashion | www.wish.com//merchant/540fb5a07a9eb4242b29e4f4 |
| 161 | wangshaojia fashion | www.wish.com//merchant/54112c7e9acad808e5723a25 |
| 162 | DISMISSED | |
| 163 | DISMISSED | |
| 164 | xiaobao130127@163.com | www.wish.com//merchant/5938eff425c4f51506505b2b |
| 165 | xingchensha | www.wish.com//merchant/59817bdb15da072cbc8ea7db |
| 166 | yixing shop | www.wish.com//merchant/5406c395c5c246498cdc6162 |
| 167 | bao lai Store | //www.aliexpress.com/store/5254218 |
| 168 | GUO feng Store | //www.aliexpress.com/store/5090048 |
| 169 | la feng8 Store | //www.aliexpress.com/store/5208004 |
| 170 | Dnclothes Store | //www.aliexpress.com/store/4485044 |
| 171 | Shop5973259 Store | //www.aliexpress.com/store/5973259 |
| 172 | Shop5885452 Store | //www.aliexpress.com/store/5885452 |
| 173 | VincentOrigamiArtist | https://www.bonanza.com/booths/VincentOrigamiArtist |
| 174 | HaahaLuis | https://www.bonanza.com/booths/HaahaLuis |
| 175 | DISMISSED | |
| 176 | almaka-5 | https://www.ebay.com/usr/almaka-5 |
| 177 | vintage83tees | https://www.ebay.com/usr/vintage83tees |
| 178 | harto-80 | https://www.ebay.com/usr/harto-80 |
| 179 | DISMISSED | |
| 180 | sanktodeep | https://www.ebay.com/usr/sanktodeep |
| 181 | woodcrafthander | https://www.etsy.com/shop/woodcrafthander |
| 182 | PrintWeb | https://www.etsy.com/shop/PrintWeb |
| 183 | DISMISSED | |
| 184 | DISMISSED | |
| 185 | DISMISSED | |
| 186 | HongFashionDesign | https://www.etsy.com/shop/HongFashionDesign |
| 187 | DISMISSED | |
| 188 | NeedForPosters | https://www.etsy.com/shop/NeedForPosters |
| 189 | zengguizhu | www.wish.com//merchant/5e957931b3ec2003010a1bc7 |
| 190 | zhangsi fashion | www.wish.com//merchant/541d33b082b9ac03b343979c |
| 191 | Zhenshan Online Trade | www.wish.com//merchant/53da0d43ff4d6d021a681122 |
| 192 | zhouzhuanfu | www.wish.com//merchant/5b236eb6eae8b451829949f3 |
| 193 | changda fashion | www.wish.com//merchant/540e64737f086e273dcabe61 |
| 194 | chenxinArt | www.wish.com//merchant/5aace89e421595465d4afd26 |
| 195 | chenxinxin fashion | www.wish.com//merchant/5412e2734ad3ab158c0f86c4 |
| 196 | cjjudianyin | www.wish.com//merchant/5a644f026839ea37b8f6b435 |
| 197 | Crayons' International Trade | www.wish.com//merchant/554881e11a50560c3d143903 |
| 198 | d4f5f5 | www.wish.com//merchant/5e97283d9a86d433d0cb44b7 |
| 199 | gaoruping fashion | www.wish.com//merchant/5417e9104ad3ab27da54c64a |
| 200 | gouguangfan supper-market | www.wish.com//merchant/541553567541ce3ccc24ea3a |
| 201 | gouxin fashion | www.wish.com//merchant/540d696e1d2d43129c7a83b6 |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 202 | hailun fashion | www.wish.com//merchant/540c17f51d2d43129f7a7a99 |
| 203 | huangchangqing888 | www.wish.com//merchant/5f0e5d3b91857dda3464c9f7 |
| 204 | huangqiuchan666 | www.wish.com//merchant/5e9574ec29e78630039c2fdf |
| 205 | jdiajdsoidplaode | www.wish.com//merchant/5e86f5c34e59960042afda0f |
| 206 | jiachenyu | www.wish.com//merchant/5f0fc5eb5a2d86dfa65a41c5 |
| 207 | EXCEPTION | |
| 208 | li niu550718 | www.wish.com//merchant/5de4872a5d9792044bef2045 |
| 209 | Lianglili1984 | www.wish.com//merchant/5e737ec7d1de5ab61c9e9db7 |
| 210 | lijiamei147 | www.wish.com//merchant/5e9808b3654fc1636fe472fa |
| 211 | linhanying fashion | www.wish.com//merchant/541ab74f4ad3ab1d0d41fe65 |
| 212 | liulei830717 | www.wish.com//merchant/5e96c15cff30140700df26b3 |
| 213 | liuying99999 | www.wish.com//merchant/5e980b6031db2214aa6dcab7 |
| 214 | liuzhen1 | www.wish.com//merchant/5b8cee4e46e4e21d01a5afd1 |
| 215 | yijinhui369728 | www.wish.com//merchant/5f0d9f259f5383261f15cd92 |
| 216 | meijianvzhuang | www.wish.com//merchant/5b3874fcc6025e781b1e8719 |
| 217 | niyin fashion | www.wish.com//merchant/5416695d7541ce3ccc24ff60 |
| 218 | penqiuxiang | www.wish.com//merchant/5adc6ba0a71fbf57e42dbe59 |
| 219 | qwerfvbn | www.wish.com//merchant/5b0cef257752c8154c3cca61 |
| 220 | shaoqiu fashion | www.wish.com//merchant/540fd8a37f086e4e9c80d146 |
| 221 | shenhuowang fashion | www.wish.com//merchant/541c17eb4ad3ab14b34330ac |
| 222 | shijingli1234 | www.wish.com//merchant/5f0d23a94c066b978e9da82f |
| 223 | shilei0622 | www.wish.com//merchant/5f0e60aa29e78642c4942514 |
| 224 | tangyilin fashion | www.wish.com//merchant/54142e5a4ad3ab746bee9109 |
| 225 | tianhelin shopping | www.wish.com//merchant/541599def8abc8797a7735ea |
| 226 | wangtao007 | www.wish.com//merchant/5f0d35959517cb6513f75f11 |
| 227 | yuxiaolan fashion | www.wish.com//merchant/5416e101f8abc8797a77590c |
| 228 | weiqi fashion | www.wish.com//merchant/54142d1ff8abc879837721a8 |
| 229 | wfh36 | www.wish.com//merchant/5e6a3b6eb6b8daa7da0df4ea |
| 230 | Wgz | www.wish.com//merchant/5938de3f8e5b2e2416f01def |
| 231 | yuhua19880415 | www.wish.com//merchant/5b010a499fa3db5677fb17ca |
| 232 | wuahi fashion | www.wish.com//merchant/540c08011d2d43128a7a788e |
| 233 | wuyunpeng3334 | www.wish.com//merchant/5e71fb36ce928c8b6e9ba6ad |
| 234 | xujkijh online store | www.wish.com//merchant/54203fd64ad3ab65569b58e7 |
| 235 | yanxy | www.wish.com//merchant/5f0972046e3a92a2385f06d6 |
| 236 | yijia fashion store | www.wish.com//merchant/5407d97bc5c246649ab01054 |
| 237 | zejea2 | www.wish.com//merchant/5e90281924812752c2eda771 |